# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00145-01-CR-W-BP |
| | ) | |
| BOBBY R. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 30, 2019, the Grand Jury returned a one-count Superseding Indictment charging that on or about May 8, 2018, the Defendant, Bobby R. Davis, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder and possibly a second chair
        Case Agent: Eric Devalkenear, Kansas City, Missouri Police Department
    Defense: Robert Glen Kuchar and possibly a second chair
        Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**:  No outstanding motions

**TRIAL WITNESSES**:
    Government: 6-8 with stipulations; 10 without stipulations
    Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 50 exhibits
    Defendant: approximately 5 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 to 2½ days total**
>     Government's case including jury selection: 2 ½ days
>     Defendant: ½ day

**STIPULATIONS**: Possible but none committed to at this point

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

>     **Witness and Exhibit List**
>>         Government: Due on or before January 28, 2020.
>>         Defendant: Due on or before January 28, 2020.

>     **Counsel are requested to list witnesses in alphabetical order on their witness list.**

>     **Exhibit Index, Voir Dire, Jury Instructions: Due on or before February 5, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

>     **Motion in Limine:  Due on or before February 5, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for February 10, 2020.

>     **Please note:**  Government requests first week as Government counsel will be away on a work trip during the second week.  Defense counsel has no objection to the first week.

>     **IT IS SO ORDERED**


>>>>>         */s/ Lajuana M. Counts*
>>>>>         _____
>>>>>         LAJUANA M. COUNTS
>>>>>         UNITED STATES MAGISTRATE JUDGE